## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PT ECOS JAYA INDONESIA AND PT GRANTEC JAYA INDONESIA,<br><br>                      Plaintiffs,<br><br>    and<br><br>BROOKLYN BEDDING, LLC, FXI, INC., KOLCRAFT ENTERPRISES, INC., LEGGETT & PLATT, INCORPORATED, THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AND UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,<br><br>                      Consolidated-Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>                      Defendant,<br><br>    and<br><br>BROOKLYN BEDDING, LLC, FXI, INC., KOLCRAFT ENTERPRISES, INC., LEGGETT & PLATT, INCORPORATED, THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AND UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,<br><br>                      Defendant-Intervenors. | Before: Jennifer Choe-Groves, Judge<br><br>Consol. Court No. 24-00001 |

## CERTIFICATE OF COMPLIANCE

      The undersigned counsel at Trade Pacific PLLC hereby certifies that the accompanying

Response of PT Ecos Jaya Indonesia and PT Grantec Jaya Indonesia, Defendant-Intervenors in

this consolidated action, to the Memorandum of Points of Law and Fact in Support of Consolidated Plaintiffs' Rule 56.2 Motion for Judgement on the Agency Record, dated August 28, 2024, complies with the word-count limitation described in part 2(B)(1) of the Court's Standard Chambers Procedures. The response brief contains <u>434 words</u> according to the word-count function of the word-processing software used to prepare the brief, excluding the table of contents, table of authorities, and counsel's signature block.

                                              Respectfully submitted,

                                              <u>/s/ Jarrod M. Goldfeder</u>
                                              Jarrod M. Goldfeder
                                              **TRADE PACIFIC PLLC**
                                              700 Pennsylvania Avenue, SE
                                              Suite 500
                                              Washington, D.C. 20003
                                              (202) 223-3760

Dated: August 28, 2024                *Counsel to PT Ecos Jaya Indonesia*
                                              *and PT Grantec Jaya Indonesia*

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PT ECOS JAYA INDONESIA AND PT GRANTEC JAYA INDONESIA, <br><br> Plaintiffs, <br><br> and <br><br> BROOKLYN BEDDING, LLC, FXI, INC., KOLCRAFT ENTERPRISES, INC., LEGGETT & PLATT, INCORPORATED, THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AND UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, <br><br> Consolidated-Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> BROOKLYN BEDDING, LLC, FXI, INC., KOLCRAFT ENTERPRISES, INC., LEGGETT & PLATT, INCORPORATED, THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AND UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, <br><br> Defendant-Intervenors. | Before: Jennifer Choe-Groves, Judge <br><br> Consol. Court No. 24-00001 |

**RESPONSE OF
PT ECOS JAYA INDONESIA AND PT GRANTEC JAYA INDONESIA
TO THE MEMORANDUM OF POINTS OF LAW AND FACT IN
SUPPORT OF CONSOLIDATED PLAINTIFFS'
<u>RULE 56.2 MOTION FOR JUDGEMENT ON THE AGENCY RECORD</u>**

                                                Jarrod M. Goldfeder
                                                MacKensie R. Sugama

                                                **TRADE PACIFIC PLLC**
                                                700 Pennsylvania Avenue, SE
                                                Suite 500
                                                Washington, D.C.  20003
                                                (202) 223-3760

Dated: August 28, 2024                    *Counsel to PT Ecos Jaya Indonesia*
                                                *and PT Grantec Jaya Indonesia*

**Consol. Court No. 24-00001**

# RESPONSE OF
# PT ECOS JAYA INDONESIA AND PT GRANTEC JAYA INDONESIA
# TO THE MEMORANDUM OF POINTS OF LAW AND FACT IN
# SUPPORT OF CONSOLIDATED PLAINTIFFS'
# RULE 56.2 MOTION FOR JUDGEMENT ON THE AGENCY RECORD

Pursuant to the Court's August 1, 2024, Amended Scheduling Order, ECF No. 27, PT Ecos Jaya Indonesia and PT Grantec Jaya Indonesia (hereinafter, "Ecos/Grantec"), defendant-intervenors in the above-captioned consolidated action, respond to the Memorandum of Points of Law and Fact in Support of Consolidated Plaintiffs' Rule 56.2 Motion for Judgement on the Agency Record.  *See* ECF Nos. 22, 23 (May 20, 2024) ("Rule 56.2 Memorandum").[1]

In order to avoid duplication of arguments, Ecos/Grantec are not filing substantive response comments concerning the Rule 56.2 Memorandum submitted by Consolidated Plaintiffs Brooklyn Bedding, LLC et al.  Rather, Ecos/Grantec agree with and incorporate by reference the arguments presented by Defendant in its response to Plaintiffs' and Consolidated Plaintiffs' respective Rule 56.2 memoranda concerning Commerce's determination at issue here.  *See* ECF Nos. 28, 29 (Aug. 7, 2024), at pp. 15-22; *see also Mattresses from Indonesia: Final Results of Antidumping Duty Administrative Review; 2020-2022*, 88 Fed. Reg. 85,240 (Dep't Commerce Dec. 7, 2023), and accompanying Issues and Decision Memorandum for the Final Results of the 2020-2022 Antidumping Duty Administrative Review:  Mattresses from Indonesia (Dep't Commerce Dec. 4, 2023).

---

[1] This case was consolidated into Court No. 24-00001 after Consolidated Plaintiffs, Brooklyn Bedding, LLC et al., filed their motion for judgment on the agency record and accompanying Rule 56.2 Memorandum in their respective case, Court No. 24-00002.  *See* Consolidation Order, ECF No. 25 (July 18, 2024).  Ecos/Grantec's motion to intervene as Defendant-Intervenors was granted in Court No. 24-00002 prior to consolidation.

1

**Consol. Court No. 24-00001**

    Specifically, Ecos/Grantec agree with Defendant that substantial record evidence supports Commerce's determinations that: (1) certain floor sofas that Ecos/Grantec produced and sold fall within the order's express scope exclusion for multifunctional furniture because the units serve as both mattress and frame such that there is no need for separate furniture framing; and (2) certain trifold mattress toppers that Ecos/Grantec produced and sold fall within the order's express scope exclusion for mattress toppers because, *inter alia*, they all have a height of four inches or less.

    Commerce's determination that Ecos/Grantec was not required to report U.S. sales of these two product types because they satisfied the scope exclusion definitions and, thus, are out-of-scope (non-subject) merchandise for purposes of the underlying proceeding, was reasonable, supported by substantial record evidence, and otherwise in accordance with law. Ecos/Grantec respectfully submit that the Court should affirm Commerce's determination with respect to these challenges raised in Consolidated Plaintiffs' Rule 56.2 Memorandum.

                                      Respectfully submitted,

                                      /s/ Jarrod M. Goldfeder
                                    Jarrod M. Goldfeder
                                    MacKensie R. Sugama

                                    **TRADE PACIFIC PLLC**
                                    700 Pennsylvania Avenue, SE
                                    Suite 500
                                    Washington, D.C. 20003
                                    (202) 223-3760

Dated: August 28, 2024                    *Counsel to PT Ecos Jaya Indonesia*
                                    *and PT Grantec Jaya Indonesia*