## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PT ECOS JAYA INDONESIA AND PT GRANTEC JAYA INDONESIA, <br><br> Plaintiffs, <br><br> and <br><br> BROOKLYN BEDDING, LLC, FXI, INC., KOLCRAFT ENTERPRISES, INC., LEGGETT & PLATT, INCORPORATED, THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AND UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, <br><br> Consolidated-Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> BROOKLYN BEDDING, LLC, FXI, INC., KOLCRAFT ENTERPRISES, INC., LEGGETT & PLATT, INCORPORATED, THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AND UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, <br><br> Defendant-Intervenors. | Before: Jennifer Choe-Groves, Judge <br><br> Consol. Court No. 24-00001 |

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel at Trade Pacific PLLC hereby certifies that the accompanying

Reply of PT Ecos Jaya Indonesia and PT Grantec Jaya Indonesia, Plaintiffs in this consolidated

action, to Defendant's Response to Plaintiffs' Motions for Judgment on the Agency Record, dated September 25, 2024, complies with the word-count limitation described in part 2(B)(1) of the Court's Standard Chambers Procedures. The response brief contains <u>270 words</u> according to the word-count function of the word-processing software used to prepare the brief, excluding the table of contents, table of authorities, and counsel's signature block.

                                      Respectfully submitted,

                                      <u>/s/ Jarrod M. Goldfeder</u>
                                      Jarrod M. Goldfeder
                                      **TRADE PACIFIC PLLC**
                                      700 Pennsylvania Avenue, SE
                                      Suite 500
                                      Washington, D.C.  20003
                                      (202) 223-3760

Dated:  September 25, 2024                *Counsel to PT Ecos Jaya Indonesia*
                                                            *and PT Grantec Jaya Indonesia*

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PT ECOS JAYA INDONESIA AND PT GRANTEC JAYA INDONESIA, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| and | ) |
| BROOKLYN BEDDING, LLC, FXI, INC., KOLCRAFT ENTERPRISES, INC., LEGGETT & PLATT, INCORPORATED, THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AND UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Consolidated-Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) Before: Jennifer Choe-Groves, Judge |
| Defendant, | ) Consol. Court No. 24-00001 |
| and | ) |
| BROOKLYN BEDDING, LLC, FXI, INC., KOLCRAFT ENTERPRISES, INC., LEGGETT & PLATT, INCORPORATED, THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AND UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendant-Intervenors. | ) |

**REPLY OF
PT ECOS JAYA INDONESIA AND PT GRANTEC JAYA INDONESIA
TO DEFENDANT'S RESPONSE TO PLAINTIFFS'
<u>MOTIONS FOR JUDGEMENT ON THE AGENCY RECORD</u>**

                                         Jarrod M. Goldfeder
                                         MacKensie R. Sugama

                                         **TRADE PACIFIC PLLC**
                                         700 Pennsylvania Avenue, SE
                                         Suite 500
                                         Washington, D.C. 20003
                                         (202) 223-3760

Dated: September 25, 2024            *Counsel to PT Ecos Jaya Indonesia*
                                         *and PT Grantec Jaya Indonesia*

Consol. Court No. 24-00001

# REPLY OF
# PT ECOS JAYA INDONESIA AND PT GRANTEC JAYA INDONESIA
# TO DEFENDANT'S RESPONSE TO PLAINTIFFS'
# MOTIONS FOR JUDGEMENT ON THE AGENCY RECORD

Pursuant to the Court's August 1, 2024, Amended Scheduling Order, ECF No. 27, PT Ecos Jaya Indonesia and PT Grantec Jaya Indonesia (hereinafter, "Ecos/Grantec"), Plaintiffs in the above-captioned consolidated action, herein provide a reply to Defendant's Response to Plaintiffs' Motions for Judgment on the Agency Record. See ECF Nos. 28, 29 (Aug. 7, 2024) ("Def. Resp.").[1]

In its response brief, Defendant requested voluntary remand to address the two specific issues raised by Ecos/Grantec in this action. See Def. Resp., at 22–23. Specifically, Defendant seeks voluntary remand to reconsider: (1) Commerce's decision to calculate constructed value ("CV") profit and selling expenses and CEP profit using Kurlon Enterprise Limited's financial statements where, for the reasons Ecos/Grantec explained, such data are dissimilar to Ecos/Grantec's customer bases, and (2) Commerce's decision to reject its ministerial error allegation relating to the "other income" in Masterfoam Industries Sdn. Bhd.'s financial statements. Id.

Ecos/Grantec agree with and support the Defendant's request for voluntary remand. Ecos/Grantec similarly agree that there is a substantial and legitimate concern concerning Commerce's treatment of CV profit and selling expenses, both in the selection of sources and in the calculation methodology. Furthermore, when considering that Defendant-Intervenors,

---

[1] This case was consolidated into Court No. 24-00001 after Consolidated Plaintiffs, Brooklyn Bedding, LLC et al., filed their motion for judgment on the agency record and accompanying Rule 56.2 Memorandum in their respective case, Court No. 24-00002. See Consolidation Order, ECF No. 25 (July 18, 2024).

1

**Consol. Court No. 24-00001**

Brooklyn Bedding, LLC, et al., did not file any response brief, Ecos/Grantec observe that no party to this action has raised opposition to Defendant's request for voluntary remand.

                                        Respectfully submitted,

                                        /s/ Jarrod M. Goldfeder
                                        Jarrod M. Goldfeder
                                        MacKensie R. Sugama

                                        **TRADE PACIFIC PLLC**
                                        700 Pennsylvania Avenue, SE
                                        Suite 500
                                        Washington, D.C.  20003
                                        (202) 223-3760

Dated: September 25, 2024          *Counsel to PT Ecos Jaya Indonesia*
                                        *and PT Grantec Jaya Indonesia*